IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| DAVID PECHE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:20-CV-819 |
| | ) | |
| PIEDMONT CORRECTIONAL INSTITUTION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. No objections were filed, though the plaintiff has since submitted a letter asking the Court to contact the Office for Civil Rights at the Department of Justice on his behalf. Doc. 4. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice to plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Magistrate Judge's Recommendation. The plaintiff's letter motion asking the Court to contact the Department of Justice, Doc. 4, is **DENIED**, but the Court directs the Clerk to mail a copy of Docs. 1, 2, 4, and this order to counsel of record in pending state court litigation raising similar issues.

This the 7th day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE